## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Nothern District of Georgia

Case Number: 1:21-CV-1035

Plaintiff:
**LILA HONG**

vs.

Defendant:
**LIFELINE ANIMAL PROJECT, INC.**

For:
Ian E. Smith
Barrett & Farahany
1100 Peachtree St. Ne
Suite 500
Atlanta, GA 30309

Received by Dominion Servers to be served on **LIFELINE ANIMAL PROJECT, INC. C/O Rebecca Guinn, Registered Agent, 3180 Presidential Dr., Atlanta, GA 30340**.

I, Reginald O. Walker, do hereby affirm that on the **19th day of April, 2021** at **2:00 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT FOR DAMAGES** with the date and hour of service endorsed thereon by me, to: **Marissa Reid** as **Clinic Director** for **C/O Rebecca Guinn, Registered Agent**, at the address of: **3180 Presidential Dr., Atlanta, GA 30340**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am a U.S. Citizen over the age of 18, of sound mind, suffer under no legal disabilities, competent to testify in the above case, not related to any of the parties, a Certified Process Server and in good standing in the judicial circuit in which the process was served. I have never been convicted of a misdemeanor or felony. I swear under penalty of perjury that the following is true and accurate.

_____
**Reginald O. Walker**
Process Server

**Dominion Servers**
270 Cobb Pkwy. S. Ste. 140 #164
Marietta, GA 30060
(770) 990-5389

Our Job Serial Number: DOM-2021000089
Ref: Lila Hong