**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| LILA HONG | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:21-cv-01035-JPB |
| | ) | |
| | ) | |
| LIFELINE ANIMAL PROJECT, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Lila Hong and Defendant Lifeline Animal Project, Inc. hereby file this Notice of Settlement advising the Court that all remaining issues in this case have been preliminarily resolved via direct negotiations held between the Parties' respective counsel and that the Parties have reached a settlement in principle.

The Parties' deadline to file their Preliminary Report and Discovery Plan and Initial Disclosures is June 7, 2021. As the Parties have resolved this matter, the Parties request the Court issue a thirty (30) day stay of all deadlines, including the deadlines for the Preliminary Report and Initial Disclosures. The Parties will file a stipulation of dismissal once terms of the settlement have been

finalized.

Respectfully submitted this 28th day of May, 2021.

/s/ Ian E. Smith
Ian E. Smith
Georgia Bar No. 661492
iesmith@justiceatwork.com
BARRETT & FARAHANY
1100 Peachtree Street, NE
Suite 500
Atlanta, Georgia 30309
Telephone: (404) 214-0120

ATTORNEY FOR PLAINTIFF

/s/ David A. Hughes
David A. Hughes
Georgia Bar No. 375618
David.hughes@jacksonlewis.com
JACKSON LEWIS P.C.
171 17th Street, NW
Suite 1200
Atlanta, Georgia 30363
Telephone: (404) 525-8200
Facsimile: (404) 525-1173

ATTORNEY FOR DEFENDANT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| LILA HONG | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:21-cv-01035-JPB |
| | ) | |
| | ) | |
| LIFELINE ANIMAL PROJECT, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2021, I filed the foregoing *NOTICE OF SETTLEMENT* with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record authorized to receive such filing.


*/s/ David A. Hughes*
David A. Hughes